1  PHILLIP A. TALBERT
United States Attorney
2  SAM STEFANKI
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

```
┌─────────────────────────────────────┐
│              FILED                    │
│                                       │
│          Apr 12, 2022                 │
│      CLERK, U.S. DISTRICT COURT       │
│   EASTERN DISTRICT OF CALIFORNIA      │
└─────────────────────────────────────┘
```

8                 IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,                CASE NO.  2:22-MJ-00052-CKD

11                      Plaintiff,           ORDER UNSEALING CRIMINAL COMPLAINT

12            v.

13  DEVLIN HOSNER and
HOLLY ADAMS,
14
                    Defendants.
15

16

17       The United States filed a request to unseal the file in the above-captioned case.  For the reasons

18  set forth in that request, the Court hereby ORDERS that the docket in the above-captioned case shall be

19  unsealed.

20       IT IS SO ORDERED this 12th day of April, 2022.April 12, 2022

21

22  _____
KENDALL J. NEWMAN
23  UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

REQUEST TO UNSEAL CRIMINAL CASE                        1