1  PHILLIP A. TALBERT
   United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:22-MJ-00052-CKD
12 |                      Plaintiff,  | [~~PROPOSED~~] ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME
13 |                      v.          |
14 | HOLLY ADAMS and
   | DEVLIN HOSNER,
15 |
   |                      Defendants.
16

17

18     The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

19 Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on May 4, 2022. The

20 Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

21 demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

22 5.1(d) of the Federal Rules of Criminal Procedure.

23     Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

24 of justice served by granting this continuance outweigh the best interests of the public and the

25 defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of

26 time would not adversely affect the public interest in the prompt disposition of criminal cases.

27 ///

28 ///

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing for both defendants is extended to May 23, 2022, at 2:00 p.m.

2. The time between May 4, 2022, and May 23, 2022, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. The defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED: May 4, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE