| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>July 18, 2022<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |
|---|---|

| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00100-JAM |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| HOLLY ADAMS, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  HOLLY ADAMS ,

Case No. 2:22-cr-00100-JAM  Charge 21 USC § 846, 841(a)(1), from custody for the following reasons:

        Release on Personal Recognizance

        Bail Posted in the Sum of $ _____

**X**    Unsecured Appearance Bond $  10,000.00

        Appearance Bond with 10% Deposit

        Appearance Bond with Surety

        Corporate Surety Bail Bond

**X**    (Other): The defendant's release is delayed until Wednesday, July 20, 2022, at 9:00 AM. The Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications she is receiving from the jail.

Issued at Sacramento, California on July 18, 2022, at 9:00 AM.

By: _/s/ Allison Claire_

Magistrate Judge Allison Claire