1 | HEATHER E. WILLIAMS, SBN 122664
Federal Defender
2 | CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
3 | Designated Counsel for Service
801 I Street, Third Floor
4 | Sacramento, CA 95814
T: (916) 498-5700
5 | F: (916) 498-5710

6 | Attorneys for Defendant
HOLLY ADAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:22-CR-100-JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) Date: July 26, 2022 |
| HOLLY ADAMS and DEVLIN HOSNER | ) Time: 9:30 A.M. |
|  | ) Judge: Hon. John A. Mendez |
| Defendants. |  |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Samuel Stefanki, counsel for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Ms. Adams; and Toni White, counsel for Mr. Hosner, that the status conference currently set for July 26 2022 **may be continued to November 15, 2022**. The parties specifically stipulate as follows:

1. The indictment in this case was filed on May 12, 2022. ECF No. 18. Ms. Adams and Mr. Hosner were arraigned on May 23, 2022, and at that hearing, this matter was set for a status conference on July 26, 2022, with a time exclusion under Local Code T-4. ECF No. 20.

2. By stipulation, the parties now move to continue the status conference to November 15, 2022, with time excluded under Local Code T4.

3. The government has produced almost 1,500 items of discovery. Defense counsel for Ms. Adams and Mr. Hosner (hereinafter "defense counsel") both require additional time to review the evidence, review the evidence with their clients, conduct their investigations, conduct legal research, and explore potential resolutions or otherwise prepare for trial.

4. Defense counsel believes that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to the continuance.

6. Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public, Ms. Adams, and Mr. Hosner in a speedy trial, and request the Court so to find.

7. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between July 26, 2022 and November 15, 2022, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defenses' request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public, Ms. Adams, and Mr. Hosner in a speedy trial.

*Continued on next page. Signature blocks immediately follow.*

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: July 18, 2022 | */s/ Christina Sinha*<br>CHRISTINA SINHA<br>Assistant Federal Defender<br>Attorneys for Defendant<br>HOLLY ADAMS |
| Date: July 18, 2022 | */s/ Toni White*<br>TONI WHITE<br>Attorney for Defendant<br>DEVLIN HOSNER |
| Date: July 18, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ Sam Stefanki*<br>SAM STEFANKI<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: July 20, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE