PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOLLY ADAMS and<br>DEVLIN HOSNER,<br><br>Defendants. | CASE NO. 2:22-CR-00100-JAM<br><br>STIPULATION REGARDING EXCLUDABLE<br>TIME PERIODS UNDER SPEEDY TRIAL ACT;<br>FINDINGS AND ORDER<br><br>DATE: November 15, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1.      By previous order, this matter was set for status on November 15, 2022.

2.      By this stipulation, the defendants now move to continue the status conference until March 7, 2023, at 9:00 a.m., and to exclude time between November 15, 2022, and March 7, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes thousands of pages of discovery, as well as the results of forensic examinations of electronic devices. Much of this discovery has been either produced directly to counsel and/or made available for inspection and copying, and the government anticipates producing additional thousands of pages of discovery to the defendants in the coming days.

b)      Counsel for the defendants desire additional time to consult with their clients, review the current charges, conduct investigation and research related to the charges, review and copy discovery, discuss potential resolutions with their clients, and otherwise prepare for trial.

c)      Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 15, 2022, to March 7, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4

5    IT IS SO STIPULATED.

6

7

8  Dated:  November 9, 2022                    PHILLIP A. TALBERT
                                              United States Attorney
9

10                                             /s/ SAM STEFANKI
                                              SAM STEFANKI
11                                             Assistant United States Attorney

12

13  Dated:  November 9, 2022                    /s/ CHRISTINA SINHA
                                              CHRISTINA SINHA
14                                             Counsel for Defendant
                                              HOLLY ADAMS
15

16  Dated:  November 9, 2022                    /s/ TONI WHITE
                                              TONI WHITE
17                                             Counsel for Defendant
                                              DEVLIN HOSNER
18

19

20                            **ORDER**

21    IT IS SO FOUND AND ORDERED this 9th day of November, 2022.

22

23

24                                             /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
25                                             SENIOR UNITED STATES DISTRICT JUDGE

26

27

28