**FILED**
December 06, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOLLY ADAMS,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00100-JAM-1<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  HOLLY ADAMS , Case No. 2:22-cr-00100-JAM-1  Charge 21 U.S.C. § 846, from custody for the following reasons:

　　\_\_\_\_\_  Release on Personal Recognizance

　　\_\_\_\_\_  Bail Posted in the Sum of $ _____

　　**X**  Unsecured Appearance Bond $ **10,000 Cosigned by the defendant's mother, Luana Polonski**

　　(Other): **Release DELAYED until tomorrow, 12/07/2022, at 9:00 AM, at which time Defendant**

　　**X**  **must report directly to the Pretrial Services office in Sacramento, at 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.**

Issued at Sacramento, California at 2:57 PM.

Dated:  December 6, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE