PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:22-CR-00100-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| HOLLY ADAMS and DEVLIN HOSNER, | DATE: March 7, 2023 TIME: 9:00 a.m. COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on March 7, 2023.

2.      By this stipulation, the defendants now move to continue the status conference until **June 6, 2023, at 9:00 a.m.**, and to exclude time between March 7, 2023, and June 6, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The discovery associated with this case includes more than 1,000 pages of documents, photographs, and laboratory examinations, as well as the results of forensic examinations of electronic devices and of email search warrants.  Much of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

///

///

   b)  Counsel for the defendants desire additional time to consult with their clients, review the current charges, conduct investigation and research related to the charges, review and copy discovery, discuss potential resolutions with their clients, and otherwise prepare for trial.

   c)  Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d)  The government does not object to the continuance.

   e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 7, 2023, to June 6, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

///

///

///

///

///

///

///

///

///

///

///

///

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  March 2, 2023                              PHILLIP A. TALBERT
                                                   United States Attorney


                                                   /s/ SAM STEFANKI
                                                   SAM STEFANKI
                                                   Assistant United States Attorney


Dated:  March 2, 2023                              /s/ CHRISTINA SINHA
                                                   CHRISTINA SINHA
                                                   Counsel for Defendant
                                                   HOLLY ADAMS


Dated:  March 2, 2023                              /s/ TONI WHITE
                                                   TONI WHITE
                                                   Counsel for Defendant
                                                   DEVLIN HOSNER


**ORDER**

IT IS SO FOUND AND ORDERED.


Dated: March 3, 2023                      /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT