PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:22-cr-00100-JAM |
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| HOLLY ADAMS and DEVLIN HOSNER, | DATE: June 6, 2023 TIME: 9:00 a.m. COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on June 6, 2023.

2.      By this stipulation, the defendants now move to continue the status conference until **July 25, 2023, at 09:00 a.m.**, and to exclude time between June 6, 2023, and July 25, 2023, under Local Code T4.

3.      The parties agre.e and stipulate, and request that the Court find the following:

        a)      The discovery associated with this case includes more than 1,000 pages of documents, photographs, and laboratory examinations, as well as the results of forensic examinations of electronic devices and of email search warrants.  Much of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

///

1

///

b)      Counsel for the defendants desire additional time to consult with their clients, review the current charges, conduct investigation and research related to the charges, review and copy discovery, discuss potential resolutions with their clients, and otherwise prepare for trial.

c)      Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 6, 2023, to July 25, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///

1    ///

2         4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

3    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

4    must commence.

5

6         IT IS SO STIPULATED.

7

8

9    Dated:  June 1, 2023                              PHILLIP A. TALBERT
                                                       United States Attorney
10

11                                                     /s/ SAM STEFANKI
                                                       SAM STEFANKI
12                                                     Assistant United States Attorney

13

14   Dated:  June 1, 2023                              /s/ CHRISTINA SINHA
                                                       CHRISTINA SINHA
15                                                     Counsel for Defendant
                                                       HOLLY ADAMS
16

17   Dated:  June 1, 2023                              /s/ TONI WHITE
                                                       TONI WHITE
18                                                     Counsel for Defendant
                                                       DEVLIN HOSNER
19

20

21                                     **ORDER**

22        IT IS SO FOUND AND ORDERED.

23

24   Dated: June 02, 2023                    /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
25                                           SENIOR UNITED STATES DISTRICT JUDGE

26

27

28