| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | CHRISTINA SINHA, SBN 278893 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, Third Floor |
| 4 | Sacramento, CA 95814 |
| | T: (916) 498-5700 |
| 5 | F: (916) 498-5710 |

Attorneys for Defendant
HOLLY ADAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00100-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | Date: July 25, 2023 |
| HOLLY ADAMS and DEVLIN HOSNER | Time: 9:00 A.M. |
| | Judge: Hon. John A. Mendez |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Samuel Stefanki, counsel for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Ms. Adams; and Toni White, counsel for Mr. Hosner, that the status conference currently set for July 25, 2023 **may be continued to November 14, 2023**, **at 09:00 a.m.** The parties specifically stipulate as follows:

1. The indictment in this case was filed on May 12, 2022. ECF No. 18. Ms. Adams and Mr. Hosner were arraigned on May 23, 2022, and the most recent status conference was set for July 25, 2023, with a time exclusion under Local Code T-4. ECF No. 59.

2. By stipulation, all parties now move to continue the status conference to November 15, 2023, with time excluded under Local Code T4.

3. The government has produced almost 1,500 items of discovery. Defense counsel for Ms. Adams and Mr. Hosner (hereinafter "defense counsel") both require additional time to review the evidence, review the evidence with their clients, conduct their investigations, conduct legal research, and explore potential resolutions or otherwise prepare for trial.

4. Defense counsel believes that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to the continuance.

6. Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public, Ms. Adams, and Mr. Hosner in a speedy trial, and request the Court so to find.

7. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between July 25, 2023 and November 14, 2023, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defenses' request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public, Ms. Adams, and Mr. Hosner in a speedy trial.

*Continued on next page. Signature blocks immediately follow.*

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | Respectfully submitted, |
| 3 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | Date: July 20, 2023 | /s/ Christina Sinha |
| 5 | | CHRISTINA SINHA<br>Assistant Federal Defender |
| 6 | | Attorneys for Defendant<br>HOLLY ADAMS |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 20, 2023      /s/ Christina Sinha
                         CHRISTINA SINHA
                         Assistant Federal Defender
                         Attorneys for Defendant
                         HOLLY ADAMS

Date: July 20, 2023      /s/ Toni White
                         TONI WHITE
                         Attorney for Defendant
                         DEVLIN HOSNER

Date: July 20, 2023      PHILLIP A. TALBERT
                         United States Attorney

                         /s/ Sam Stefanki
                         SAM STEFANKI
                         Assistant United States Attorney
                         Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: July 20, 2023                                             /s/ John A. Mendez
                                                                              THE HONORABLE JOHN A. MENDEZ
                                                                              SENIOR UNITED STATES DISTRICT JUDGE