```
1   HEATHER E. WILLIAMS, SBN 122664
    Federal Defender
2   CHRISTINA SINHA, SBN 278893
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, Third Floor
4   Sacramento, CA 95814
    T: (916) 498-5700
5   F: (916) 498-5710

6   Attorneys for Defendant
    HOLLY ADAMS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:22-CR-100-JAM-1 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND [PROPOSED] ORDER TO TERMINATE LOCATION MONITORING CONDITION** |
| HOLLY ADAMS, | ) |
| Defendant. | ) Judge: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Sam Stefanki, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Ms. Adams, that Ms. Adams' location monitoring condition of pretrial release be terminated, with all other conditions remaining in effect.

The parties specifically stipulate as follows:

1. Ms. Adams was charged in federal court with drug offenses in April 2022. ECF No. 1. Her initial appearance in federal court was in May 2022. ECF No. 9.

2. In July 2022, Ms. Adams was ordered released on several pretrial conditions. ECF Nos. 23, 24.

3. Ms. Adams was briefly detained again for a rule violation at WellSpace treatment facility (which did not involve drug use or any illegal activity), but was released

again in December 2022.  ECF Nos. 39, 41, 42, 46, 47, 48, 49.  She has remained out of custody since then under the conditions specified at ECF No. 49.

4. Ms. Adams' pretrial officers, who are based out of the Riverside office, report that Ms. Adams is in full compliance with her conditions of release, and have no opposition to the removal of Ms. Adams' location monitoring and attendant curfew conditions (special conditions 14 and 15 of ECF No. 49).

5. The government does not object to the removal of these conditions, given pretrial's position.

The parties therefore respectfully request this Court to adopt the parties' stipulation as its Order so that Special Conditions 14 and 15 of ECF No. 49 may be removed.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 10, 2023

*/s/ Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
HOLLY ADAMS

Date: October 10, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/ Sam Stefanki*
SAMUEL STEFANKI
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: October 10, 2023

_____
Hon. Jeremy D. Peterson
United States Magistrate Judge