| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | CHRISTINA SINHA, SBN 278893 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, Third Floor |
| 4 | Sacramento, CA 95814 |
| | T: (916) 498-5700 |
| 5 | F: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | HOLLY ADAMS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:22-cr-00100-JAM |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| | ) **STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) |
| | ) Date: February 13, 2024 |
| HOLLY ADAMS and | ) Time: 9:00 A.M. |
| DEVLIN HOSNER | ) Judge: Hon. John A. Mendez |
| | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Samuel Stefanki, counsel for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Ms. Adams; and Toni White, counsel for Mr. Hosner, that the status conference currently set for February 13, 2024 **may be continued to May 07, 2024, at 9:00 a.m.** The parties specifically stipulate as follows:

1. The indictment in this case was filed on May 12, 2022. ECF No. 18.

2. By stipulation, all parties now move to continue the status conference to May 07, 2024, with time excluded under Local Code T-4.

3. The government has produced almost 1,500 items of discovery, which includes PayPal and banking records, spreadsheets of financial information, U.S. Mail tracking data, subpoena returns, photographs, videos, and other items. Counsel

for Ms. Adams and counsel for Mr. Hosner (hereinafter "defense counsel") both require additional time to review the evidence themselves, review the evidence with their clients, conduct their investigations, conduct legal research, and explore potential resolutions or otherwise prepare for trial.

4. Defense counsel believes that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Both defendants are located remotely from Sacramento County, which makes it more difficult and time-consuming for defense counsel to meet with their clients to review discovery, discuss litigation strategy, and otherwise prepare for trial.

5. The government does not object to the continuance.

6. Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public, Ms. Adams, and Mr. Hosner in a speedy trial, and request the Court so to find.

7. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between February 13, 2024 and May 07, 2024, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defenses' request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public, Ms. Adams, and Mr. Hosner in a speedy trial.

*Continued on next page.  Signature blocks immediately follow.*

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: February 6, 2024 | */s/ Christina Sinha*<br>CHRISTINA SINHA<br>Assistant Federal Defender<br>Attorneys for Defendant<br>HOLLY ADAMS |
| Date: February 6, 2024 | */s/ Toni White*<br>TONI WHITE<br>Attorney for Defendant<br>DEVLIN HOSNER |
| Date: February 6, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ Sam Stefanki*<br>SAM STEFANKI<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: February 07, 2024            /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    SENIOR UNITED STATES DISTRICT JUDGE