PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOLLY ADAMS and DEVLIN HOSNER,<br><br>Defendants. | CASE NO. 2:22-cr-00100-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: May 7, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for status on May 7, 2024.

2. By this stipulation, the defendant now moves to continue the status conference until **June 18, 2024, at 09:00 a.m.,** and to exclude time between May 7, 2024, and June 18, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery associated with this case includes thousands of pages of documents, photographs, and laboratory results, including materials derived from the dark web as well as the results of forensic examinations of electronic devices and of email search warrants. Much of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

///

///

b)  Counsel for the defendant desires additional time to consult with her client, review the current charges, conduct investigation and research related to the charges, review and copy discovery, and otherwise prepare for trial.  Additionally, counsel for the defendant and counsel for the government are actively discussing proposed resolutions to the case.  Counsel for the defendant and counsel for the government are optimistic that these discussions will result in a resolution by the requested status conference date of June 18, 2024.

c)  Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)  The government does not object to the continuance.

e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 7, 2024, to June 18, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: May 1, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ SAM STEFANKI<br>SAM STEFANKI<br>Assistant United States Attorney |
| Dated: May 1, 2024 | /s/ CHRISTINA SINHA<br>CHRISTINA SINHA<br>Counsel for Defendant<br>HOLLY ADAMS |
| Dated: May 1, 2024 | /s/ TONI WHITE<br>TONI WHITE<br>Counsel for Defendant<br>DEVLIN HOSNER |

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: May 01, 2024            /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE